United States District Court
Southern District of Texas
**ENTERED**
April 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Swirlate IP, LLC, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-22-293 |
| Progressive Systems, LLC, | § § § | |
| Defendant. | § | |

## Final Dismissal

Upon the agreement of the parties: (a) the claims of Swirlate IP, LLC, are dismissed with prejudice; and (b) the counterclaims of Progressive Systems, LLC, are dismissed without prejudice. (16)

Signed on April 8____, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge